William C. Acevedo (Bar No. 194106)
Miguel Saldaña (Bar No. 299960)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: wacevedo@wendel.com
Email: msaldana@wendel.com

Attorneys for Plaintiff
MOM ENTERPRISES, INC.
 d/b/a MOMMY'S BLISS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MOM ENTERPRISES, INC. d/b/a MOMMY'S BLISS,<br><br>            Plaintiff,<br><br>    vs.<br><br>RONEY INNOVATIONS, LLC, AND DOES 1-10,<br><br>            Defendants. | Case No. 3:20-cv-04850-TSH<br><br>**ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT RONEY INNOVATIONS**<br><br>The Hon. Thomas S. Hixson |

1   In consideration of Plaintiff Mom Enterprises, Inc.'s Motion for Alternative Service on
2  Defendant Roney Innovations, LLC, IT IS HEREBY ORDERED that the Motion is Granted.
3   Plaintiff is authorized to serve Defendant Roney Innovations, LLC through all of the
4  following methods: (1) by common carrier (e.g. FedEx) with tracking to Stephen Roney, 1126
5  Silverado Drive, Norwalk, IA 50021; (2) by common carrier (e.g. FedEx) with tracking to Roney
6  Innovations, LLC, 6107 Willowmere Drive, Des Moines, IA 50321; and (3) by email to
7  stephen@roneyinnovations.com.
8  DATED: September ___, 2020

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036